191 So. 270

### Lonnie L. ALLBRITTON v. STATE.

#### 6 Div. 534.

Supreme Court of Alabama.

June 29, 1939.

Rehearing Denied Oct. 12, 1939.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, III, Asst. Atty. Gen., for the State.

Beddow, Ray & Jones, of Birmingham, for respondent.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Allbritton v. State, 191 So. 268.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

191 So. 478

### Hollis CRUMP v. STATE.

#### 6 Div. 536.

Supreme Court of Alabama.

Oct. 12, 1939.

Pennington & Tweedy, of Jasper, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

BROWN, Justice.

Petition of Hollis Crump for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Crump v. State, 191 So. 475.

Writ denied.

ANDERSON, C. J., and THOMAS and FOSTER, JJ., concur.